In the Matter of FRANK DEL VECCHIO et al., Appellants, against T. DOUGLAS TUOMEY et al., Constituting the Board of Appeals of the Village of Brightwaters, Respondents.

Argued January 3, 1955; decided January 13, 1955.

*Guy O. Walser* and *Richard Walser* for appellants.
*John P. Cohalan, Jr.*, for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.